# In the United States District Court
# For the District of Nebraska

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:18CR62 |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| WENDY BERTSCHINGER, | ) | |
| Defendant. | ) | |

FILED U.S. DISTRICT COURT DISTRICT OF NEBRASKA 2019 JAN 17 AM 10:58 OFFICE OF THE CLERK

Defendant moves to continue the progression and trial of this case. (Filing No. 51). Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

1. The motion to continue, (Filing No. 51), is granted and the trial of this case, previously scheduled for February 11th, 2019, is continued pending further order of the court.

2. For the reasons set forth in the motion, the court finds the ends of justice served by granting the parties' request to continue progression and trial of this case outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between today's date and the completion of this matter, shall be deemed excluded in any computation of time under the requirements of the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(i). See also 18 U.S.C. § 3161(h)(2). Failing to timely object to this order as provided under the court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

3. If the case is not dismissed on the government's motion before January 14th, 2020, a status conference will be held before the undersigned magistrate judge on January 15, 2020, at 10:00 a.m., in Courtroom #6. Unless the court later orders otherwise, the defendant may, but need not attend the status conference. If the defendant attends, the status conference will be held in United States Federal Courthouse in Omaha, Nebraska. If the defendant does not attend, the status conference will be held in chambers.

DATED: January 17, 2019.

BY THE COURT:

_____
Michael D. Nelson
United States Magistrate Judge